*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015                    106177
_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                        Respondent,

        v                                    MEMORANDUM AND ORDER

JENILEE M. GILLESPIE,
                        Appellant.
_____


Calendar Date:  December 2, 2014

Before:  Peters, P.J., Egan Jr., Lynch and Clark, JJ.

                        _____


        G. Scott Walling, Schenectady, for appellant.

        Andrew J. Wylie, District Attorney, Plattsburgh (Jaime A.
Douthat of counsel), for respondent.

                        _____


        Appeal from a judgment of the County Court of Clinton
County (McGill, J.), rendered September 5, 2013, convicting
defendant upon her plea of guilty of the crime of criminal
possession of a forged instrument in the second degree.

        Defendant waived indictment and pleaded guilty to a
superior court information charging her with criminal possession
of a forged instrument in the second degree.  County Court
sentenced defendant, as second felony offender, to a prison term
of 2 to 4 years.  Defendant appeals.

        Defendant's sole contention is that the sentence is harsh
and excessive, particularly in light of her history of controlled
substance abuse, and should be modified to a period of parole
supervision.  The record reveals that County Court considered
appropriate factors, including defendant's alleged addiction and

her extensive criminal history, in imposing the minimum statutory period of incarceration (see Penal Law § 70.06 [3] [d]).  A review of the record evinces neither an abuse of the court's discretion nor the existence of any extraordinary circumstances warranting a reduction of the sentence in the interest of justice (see People v Knott, 92 AD3d 975, 976 [2012], lv denied 18 NY3d 995 [2012]; People v Rockwell, 18 AD3d 969, 971 [2005], lv denied 5 NY3d 768 [2005]).

Peters, P.J., Egan Jr., Lynch and Clark, JJ., concur.

ORDERED that the judgment is affirmed.

ENTER:

Robert D. Mayberger
Clerk of the Court